AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:25 MJ 250 (RMS) | 3/20/2025  11:38 am | USPS |

Inventory made in the presence of:
U.S. Postal Inspector Barbara McCurragher

Inventory of the property taken and name(s) of any person(s) seized:

11.34 grams of a white powder, both compressed and in loose form, in clear vacuum packaging. The white powder field tested positive for fentanyl using TruNarc.

Parcel / Flat Rate Envelope and packing / wrappings.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/24/2025

*Executing officer's signature*

Joshua L. Governale, U.S. Postal Inspector
*Printed name and title*